"O"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. SACR 06-197 DOC |
| Plaintiff, ) | |
| ) | ORDER OF DETENTION |
| v. ) | |
| ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| ARTIS DEWAYNE EASTLAND, ) | |
| Defendant. ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Judge David O. Carter, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),   The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

///

///

1 | B. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: January 27, 2009

                               /s/   Arthur Nakazato
                              ARTHUR NAKAZATO
                 UNITED STATES MAGISTRATE JUDGE